| LAURA CURRAN | | JARED A. KASSCHAU |
| :--- | :---: | ---: |
| County Executive |  | County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-6745

Writer's Telephone: 516-571-6745
Writer's E-Mail: afuchs@nassaucountyny.gov

March 2, 2021

Hon. Steven L. Tiscione
United States District Judge
Federal District Courthouse
100 Federal Plaza
Central Islip, New York 117722

Re: <u>Parrino. v. County of Nassau, et al.</u>
2:20-cv-01027 (DRH)(ST)

Dear Judge Tiscione:

I represent the County Defendants in connection with the above-referenced matter. I have spoken with Plaintiff's attorney and he joins me in this letter.

The parties settled this matter and executed a stipulation discontinuing this action on January 19, 2021. I have now filed the stipulation. Unfortunately, Plaintiff's attorney believed I had filed it, whereas I believed Plaintiff's attorney had filed it. Since we both believed the stipulation had been filed, we mistakenly believed the February 26, 2021 telephone conference with the Court was moot.

We both truly apologize for this miscommunication. We hope we will be able to avoid the in-person appearance, scheduled for March 5, 2021, but understand we must appear unless you issue a notice cancelling same.

Thank you.

Respectfully,

Andrew R. Fuchs
Deputy County Attorney